UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LIJUN SUN,

                Plaintiff,

      v.

BLUE OCEAN CAPITAL GROUP, INC., ANTONY LIU, and
MENGXIAN ZHANG,

                Defendants.
------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No. 19-cv-01033 (LGS)

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF QUEENS   )

     Aldane Chambers, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

     On February 5, 2019, at approximately 3:33 p.m., at One Rockefeller Plaza, 24th Floor, New York, NY 10020, Deponent served the within Summons in a Civil Action; Civil Cover Sheet; Complaint; Individual Rules and Procedures for Civil Cases for Lorna G. Schofield, United States District Judge; and Electronic Case Filing Rules & Instructions upon: **Blue Ocean Capital Group, Inc.**, by delivering to and leaving with Savannah Mason, Receptionist, a true and correct copy of said documents.

     At the time of said service, Savannah Mason stated that she is duly authorized to accept service of legal documents on behalf of Blue Ocean Capital Group, Inc.

     Savannah Mason is described as a White female, approximately 24-31 years of age, 115-125 lbs., 5'4"-5'7" tall with blonde hair.

                                                               _Aldane Chambers_
                                                                  Aldane Chambers

Sworn to before me this
8th day of February, 2019

_Karlene A. Jackson_
Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2021*