UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X  **AFFIDAVIT OF SERVICE**
LIJUN SUN,                                                             Civil Action No. 19-cv-01033 (LGS)
                        Plaintiff,

      v.

BLUE OCEAN CAPITAL GROUP, INC., ANTONY LIU, and
MENGXIAN ZHANG,
                        Defendants.
--------------------------------------------------------------------X

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF QUEENS    )

      Aldane Chambers, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

      On February 5, 2019, at approximately 3:33 p.m., at Blue Ocean Capital Group, Inc., One Rockefeller Plaza, 24th Floor, New York, NY 10020, which upon information and belief is the actual place of business of Mengxian Zhang, Deponent served the within Summons in a Civil Action; Civil Cover Sheet; Complaint; Individual Rules and Procedures for Civil Cases for Lorna G. Schofield, United States District Judge; and Electronic Case Filing Rules & Instructions upon: **Mengxian Zhang**, by delivering to and leaving with Savannah Mason, Receptionist, a true and correct copy of said documents.

      At the time of said service, Savannah Mason confirmed that Mengxian Zhang is employed at the aforementioned address and stated that she would accept service on behalf of Mengxian Zhang.

      At the time of said service, Deponent also asked Savannah Mason whether Mengxian Zhang is currently on active duty in any branch of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health and Coast Guard) of the United States of America, the State of New York, or any other state and Savannah Mason responded in the negative.

      Savannah Mason is described as a White female, approximately 24-31 years of age, 115-125 lbs., 5'4"-5'7" tall with blonde hair.

      Deponent also states that on February 6, 2019, Deponent served the aforementioned documents upon Mengxian Zhang by depositing a true and correct copy thereof, enclosed in a securely sealed, fully postpaid, First Class Mail envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

                        Mengxian Zhang
                        Blue Ocean Capital Group, Inc.
                        One Rockefeller Plaza, 24th Floor
                        New York, NY 10020.

      Deponent also states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                                                           *Aldane Chambers*
                                                                           Aldane Chambers

Sworn to before me this
8th day of February 2019

*Karlene Jackson*
Notary Public

                        *Karlene S. Jackson, Notary Public*
                        *State of New York, #01JA5083169*
                        *Qualified in Queens County*
                        *Commission Expires November 17, 2021*