UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIJUN SUN,<br><br>      Plaintiff,<br><br>-against-<br><br>BLUE OCEAN CAPITAL GROUP, INC., ANTONY LIU, and MENGXIAN ZHANG,<br><br>      Defendants. | Civ. Action No. 19 Civ. 01033 (LGS) |

### **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Blue Ocean Capital Group, Inc. ("Blue Ocean") (a private non-governmental party), by and through undersigned counsel, certifies that no publicly held corporation owns 10% or more of its stock. Blue Ocean is a wholly owned subsidiary of Blue Ocean Capital Group LLC.

Blue Ocean Capital Group LLC (a private non-governmental party) has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
February 22, 2019

Respectfully submitted,

By: _____
David G. Keyko
Maria T. Galeno
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Phone: +1.212.858.1000
Fax: 212.858.1500
david.keyko@pillsburylaw.com
maria.galeno@pillsburylaw.com

*Attorneys for Defendants Blue Ocean Capital Group, Inc. and Antony Liu*