```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LIJUN SUN,                                                  :
                                        Plaintiff,          :
                                                            :           19 Civ. 1033 (LGS)
              -against-                                     :
                                                            :                ORDER
BLUE OCEAN CAPITAL GROUP, INC. ET                           :
AL.,                                                        :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:\_3/22/2019\_\_

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated March 21, 2019, sent to the Chambers inbox, the parties request an adjournment of the April 2, 2019, initial pretrial conference; it is hereby

**ORDERED** that the April 2, 2019, initial pretrial conference is adjourned to **April 16, 2019, at 10:30 a.m.** The parties are reminded to file their joint letter and proposed case management plan at least seven days before the conference.

Dated: March 22, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**