UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lijun Sun,

                Plaintiff,

v.

Blue Ocean Capital Group, Inc.,
Antony Liu and Mengxian Zhang,

                Defendants.

19 Civ. 1033 (LGS)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through undersigned counsel that:

1. The above-captioned action is voluntarily DISMISSED WITH PREJUDICE as against ALL DEFENDANTS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own costs.

3. This stipulation may be executed in counterparts. A facsimile signature shall be deemed an original.

**PERKINS COIE LLP**
Attorneys for Plaintiff Lijun Sun

By: _____
Alan B. Howard, Esq.
John T. Dixon, Esq.
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
(212) 262-6900

*After May 20, 2019, moving to*
1155 Avenue of the Americas
New York, New York 10036
(212) 262-6900

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Attorneys for Defendants Blue Ocean Capital Group, Inc., Antony Liu and Mengxian Zhang

By: _____
Maria T. Galeno, Esq.
David G. Keyko, Esq.
1540 Broadway
New York, New York 10036
(212) 858-1000

*After April 12, 2019, moving to*
31 West 52nd Street
New York, New York 10019
(212) 858-1000